# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHERYL A. BERG,**
**ESTATE OF THOMAS J. BERG**
 **by Cheryl A. Berg as Special Administrator, and**
**ESTATE OF CHELSEY BERG,**
 **by Cheryl A. Berg as Special Administrator,**

        Plaintiffs,

  V.                                         CASE NO. 05-C-959

**ROBINSON HELICOPTER COMPANY,**

        Defendant.

## ORDER

Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case. Accordingly,

**IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

Dated at Milwaukee, Wisconsin, this 16th day of June, 2006.

                                           **BY THE COURT:**

                                         s/ Rudolph T. Randa
                                         **Hon. Rudolph T. Randa**
                                         **Chief Judge**