IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**CHERYL A. BERG, et al.,**
      Plaintiffs,

    v.                                                     Case No. 05C0959

**ROBINSON HELICOPTER CO.**
**& ABC INSURANCE CO.**
      Defendants.

---

## ORDER

**IT IS ORDERED** that

    1.    The parties shall have until **September 11, 2006**, to file any amendments to the pleadings and join any parties pursuant to Civil L.R. 15.1 and Fed. R. Civ. P. 15(a).

    2.    After that date, the parties will initiate communication with this court for the purpose of setting up a scheduling conference.

Dated at Milwaukee, Wisconsin, this 11 day of August, 2006.

                                            /s_____
                                            LYNN ADELMAN
                                            District Judge